In the Matter of Samuel LERNER, Bankrupt-Appellant, Abraham Weingarten and Isidor Bair, Doing Business as Weingarten & Bair, and Prudential Iron Works, Inc., Appellees.
No. 404.

Circuit Court of Appeals, Second Circuit.
April 30, 1934.

Cohen & Wedeen, of New York City (Sidney Wedeen, of New York City, of counsel), for bankrupt.

Saul Rubin, of New York City (Milton Kleitman, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

McALLISTER TOWING & TRANSPORTATION COMPANY, Inc., Libelant-Appellee, v. THE Steamship CONTE GRANDE, Societa Italia, Claimant-Appellant.
No. 415.

Circuit Court of Appeals, Second Circuit.
May 21, 1934.

Loomis, Williams & Donahue, of New York City (Homer L. Loomis, of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

Wm. C. McDUFFIE, Receiver of Richfield Oil Company of California, Appellant, v. Lawrence VALENTINE, Appellee.
No. 7445.

Circuit Court of Appeals, Ninth Circuit.
May 7, 1934.

William I. Gilbert, of Los Angeles, Cal., for appellant.

Russell H. Pray, of Long Beach, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.
Upon motion of counsel for appellant, ordered appeal dismissed; without costs to either party; mandate forthwith.